October 13, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

PROFESSIONAL DIRECTIONAL ENTERPRISES D/B/A PROFESSIONAL DIRECTIONAL, Appellant

NO. 14-15-00456-CV            V.

TONYA KELLEY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GARLAND RICKIE KELLEY AND AS NEXT FRIEND FOR KARSYN I. KELLEY AND WILLIAM J. KELLEY, MINORS AND MATTHEW KELLEY, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on February 20, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Professional Directional Enterprises d/b/a Professional Directional.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.